IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No.: 4:18-CR-00045-CDL-MSH-1 |
| ARRINGTON CULPEPPER | |

## ORDER ON MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE

Defendant *Arrington Culpepper*, has moved the Court to continue the pre-trial conference of his case, presently scheduled for January 22, 2019. The Government does not oppose this motion. Defendant was arraigned on January 4, 2019, and is currently in custody. Additional time is needed for pretrial investigation and to enter into plea negotiations between the defendant and government if warranted. The Court finds that it is in the interests of justice to allow the continuance for additional time to allow the parties to complete a thorough investigation and to explore possible plea negotiations and this interest outweighs the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [*Doc. 16*] is **GRANTED**, and it is hereby ordered that this case shall be continued until the September trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this **17th** day of **January 2019**.

s/Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT